JS 45 (11/2002)

# Criminal Case Cover Sheet

U.S. District Court

Place of Offense:

City_____

County/Parish__Fairfax_____

Related Case Information:

Superseding Indictment _____    Docket Number/Judge_1:12CR_____

Same Defendant _____   New Defendant _____X_____
Magistrate Judge Case Number_____
Search Warrant Case Number _____
R 20/R 40 from District of _____

Defendant Information:

Juvenile -- Yes _____   No __X___   If Yes, Matter to be sealed: __X__ Yes _____ No  FBI # _____

Defendant Name:_KURAYE TAMUNOIBI AKUIYIBO___   Alias Name(s) a/k/a "G", a/k/a "Gerald"_____

Address: _____███████████████Miami, FL 33131_____

Employment: _____

Birthdate___███_1979  SS#__████_0293  Sex__M___  Race__H__  Nationality____U.S_____

Place of Birth_____ Height_____ Weight_____ Hair__Blk_____ Eyes__Brn___ Scars/Tattoos _____

Interpreter: ☒ No ☐ Yes   List language and/or dialect: _____ Automobile Description _____ _____

Location Status:

Arrest Date _____

☐ Already in Federal Custody as of _____  in_____.

☐ Already in State Custody        ☐ On Pretrial Release        ☒ Not in Custody

☒ Arrest Warrant Requested        ☐ Fugitive                   ☐ Summons Requested

☐ Bond _____         ☐Detention Sought

Defense Counsel Information:

Name:_____
Address:_____
Telephone: _____

☐ Court Appointed
☐ Retained
☐ Public Defender
☐ Office of Federal Public Defender should not be appointed
   due to conflict of interest
☐ CJA attorney _____ should not be appointed
   due to conflict of interest

U.S. Attorney Information:

AUSA:_Kimberly Riley Pedersen___   Telephone No: _(703) 299-3700___   Bar #_USAO___

Complaint Agency, Address & Phone Number or Person & Title, if any:

Special Agent David M. DeFilippis - Federal Bureau of Investigation _____

U.S.C. Citations:

Total # of Counts: ____1____

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1_18 U.S.C. § 1956(h)___ | Conspiracy to Commit Money Laundering | 1 | Felony |
| Set 2_18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |
| Set 3_18 U.S.C. §§ 1952(a)(2), 2___ | Interstate Trvl/Use of Interstate Facilities in Aid of Racketeering Ent. | 3, 5-6, 9-10 | Felony |
| Set 4_18 U.S.C. §§ 924(c)(1)(A)(ii), 2 | Use & Carry a Firearm During & In Relation to a Crime of Violence | 4, 7 | Felony |

Date: _1/24/12_                Signature of AUSA _JK Pedersen_

JS 45 (11/2002)

| Criminal Case Cover Sheet | U.S. District Court |
|---|---|

Place of Offense:

Related Case Information:

City_____

Superseding Indictment _____    Docket Number/Judge _1:12CR_____

County/Parish__Fairfax_____

Same Defendant _____ New Defendant ____X____
Magistrate Judge Case Number_____
Search Warrant Case Number _____
R 20/R 40 from District of _____

Defendant Information:

Juvenile -- Yes _____ No __X__    If Yes, Matter to be sealed: __X__ Yes _____ No   FBI # _____

Defendant Name:__OTASOWIE CHRISTOPHER ASUEN_____    Alias Name(s) a/k/a "Otas", a/k/a "Gene"_____

Address: _____

Employment: _____

Birthdate__████1985  SS#__████0058  Sex__M__  Race__B__  Nationality___U.S_____

Place of Birth_____  Height_____  Weight_____  Hair__Blk____  Eyes__Brn____  Scars/Tattoos_____

Interpreter: ☒ No  ☐ Yes    List language and/or dialect: _____ Automobile Description _____ ____

Location Status:

Arrest Date _____

☐ Already in Federal Custody as of _____ in_____.

☐ Already in State Custody    ☐ On Pretrial Release    ☒ Not in Custody

☒ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Bond _____    ☐Detention Sought

Defense Counsel Information:

Name:_____
Address:_____
Telephone: _____

☐ Court Appointed
☐ Retained
☐ Public Defender
☐ Office of Federal Public Defender should not be appointed due to conflict of interest
☐ CJA attorney _____ should not be appointed due to conflict of interest

U.S. Attorney Information:

AUSA:__Kimberly Riley Pedersen___    Telephone No: _(703) 299-3700____    Bar #__USAO___

Complainant Agency, Address & Phone Number or Person & Title, if any:

Special Agent David M. DeFilippis - Federal Bureau of Investigation _____

U.S.C. Citations:

Total # of Counts: ____1____

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |
| Set 2 18 U.S.C. §§ 1952(a)(2), 2 | Interstate Trvl/Use of Interstate Facilities in Aid of Racketeering Ent. | 5-6 | Felony |
| Set 3 18 U.S.C. §§ 924(c)(1)(A)(ii), 2 | Use & Carry a Firearm During & In Relation to a Crime of Violence | 7 | Felony |

Date: 1/24/12    Signature of AUSA K Pedersen

Criminal Case Cover Sheet                                    U.S. District Court

Place of Offense:                    Related Case Information:

City_____        Superseding Indictment _____ Docket Number/Judge _1:12CR_____

County/Parish__Fairfax_____        Same Defendant _____ New Defendant _____X_____
                                     Magistrate Judge Case Number_____
                                     Search Warrant Case Number _____
                                     R 20/R 40 from District of _____

Defendant Information:

Juvenile -- Yes _____ No __X__   If Yes, Matter to be sealed: __X__ Yes _____ No  FBI # _____

Defendant Name:__ALAFAKA PATIENCE OPUIYO_____   Alias Name(s) a/k/a "Amy", a/k/a "Tracy"

Address: _____

Employment: _____

Birthdate__[REDACTED]1980_ SS#__[REDACTED]3642_ Sex__F__ Race__B__ Nationality___U.S_____

Place of Birth_____ Height_____ Weight_____ Hair__Blk____ Eyes__Brn____ Scars/Tattoos _____

Interpreter: ☒ No ☐ Yes  List language and/or dialect: _____ Automobile Description _____ _____

Location Status:
Arrest Date _____

☐ Already in Federal Custody as of _____ in_____.

☐ Already in State Custody   ☐ On Pretrial Release   ☒ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Bond _____   ☐Detention Sought

Defense Counsel Information:

Name:_____   ☐ Court Appointed
Address:_____   ☐ Retained
Telephone: _____   ☐ Public Defender
                                  ☐ Office of Federal Public Defender should not be appointed
                                  due to conflict of interest
                                  ☐ CJA attorney _____ should not be appointed
                                  due to conflict of interest

U.S. Attorney Information:

AUSA:_Kimberly Riley Pedersen__ Telephone No: _(703) 299-3700___ Bar #_USAO__

Complainant Agency, Address & Phone Number or Person & Title, if any:

Special Agent David M. DeFilippis - Federal Bureau of Investigation _____

U.S.C. Citations:

Total # of Counts: ___1___

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 1 | Felony |
| Set 2 18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |
| Set 3 18 U.S.C. §§ 1952(a)(2), 2 | Interstate Trvl/Use of Interstate Facilities in Aid of Racketeering Ent. | 9-10 | Felony |

Date: 1/24/12   Signature of AUSA KPedersen

JS 45 (11/2002)

| Criminal Case Cover Sheet | U.S. District Court |
|---|---|

Place of Offense:

City_____

County/Parish__Fairfax_____

Related Case Information:

Superseding Indictment _____    Docket Number/Judge__1:12CR_____

Same Defendant _____    New Defendant _____X_____

Magistrate Judge Case Number_____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Defendant Information:

Juvenile -- Yes _____    No __X__    If Yes, Matter to be sealed: __X__ Yes _____ No  FBI # _____

Defendant Name:__NASSIM TABATABAI_____    Alias Name(s)  a/k/a "Naz"_____

Address: _____ ▮ ▮ New York, NY_____

Employment: _____

Birthdate__▮▮1979  SS#__▮▮1895  Sex__F__  Race__W__  Nationality__U.S_____

Place of Birth_____  Height_____  Weight_____  Hair__Brn____  Eyes__Brn__  Scars/Tattoos _____

Interpreter: ☒ No ☐ Yes    List language and/or dialect: _____    Automobile Description _____ _____

Location Status:

Arrest Date _____

☐ Already in Federal Custody as of _____ in_____.

☐ Already in State Custody        ☐ On Pretrial Release        ☒ Not in Custody

☒ Arrest Warrant Requested        ☐ Fugitive        ☐ Summons Requested

☐ Bond _____        ☐ Detention Sought

Defense Counsel Information:

Name:_____

Address:_____

Telephone: _____

☐ Court Appointed
☐ Retained
☐ Public Defender
☐ Office of Federal Public Defender should not be appointed
due to conflict of interest
☐ CJA attorney _____ should not be appointed
due to conflict of interest

U.S. Attorney Information:

AUSA:__Kimberly Riley Pedersen___    Telephone No:  (703) 299-3700____    Bar #__USAO___

Complainant Agency, Address & Phone Number  or Person & Title, if any:

Special Agent David M. DeFilippis - Federal Bureau of Investigation _____

U.S.C. Citations:

Total # of Counts: ____1____

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 1 | Felony |
| Set 2 18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |
| Set 3 18 U.S.C. §§ 1957(a) | Money Laundering | 8 | Felony |

Date: 1/24/12_____    Signature of AUSA  KPedersen_____

JS 45 (11/2002)

Criminal Case Cover Sheet                                                    U.S. District Court

Place of Offense:                          Related Case Information:

City_____            Superseding Indictment _____  Docket Number/Judge__1:12CR_____

County/Parish__Fairfax_____            Same Defendant _____  New Defendant . ____X____
                                           Magistrate Judge Case Number_____
                                           Search Warrant Case Number _____
                                           R 20/R 40 from District of _____

Defendant Information:

Juvenile -- Yes _____  No __X___  If Yes, Matter to be sealed: ___X___ Yes _____ No  FBI # _____

Defendant Name:__JENNIFER CHIRCHILL_____        Alias Name(s) __a/k/a "Jennifer Nukul"_____

Address: _____█████████Irvine, CA 92612_____

Employment: _____

Birthdate__███_1983__ SS#__███___1683__ Sex__F___ Race__W___ Nationality___U.S_____

Place of Birth_____ Height_____ Weight_____ Hair__Brn____ Eyes__Brn___ Scars/Tattoos_____

Interpreter: ☒ No ☐ Yes   List language and/or dialect: _____ Automobile Description _____ _____

Location Status:
Arrest Date _____

☐ Already in Federal Custody as of _____ in_____.

☐ Already in State Custody      ☐ On Pretrial Release      ☒ Not in Custody

☒ Arrest Warrant Requested      ☐ Fugitive                 ☐ Summons Requested

☐ Bond _____         ☐Detention Sought

Defense Counsel Information:
                                           ☐ Court Appointed
Name:_____               ☐ Retained
Address:_____               ☐ Public Defender
Telephone: _____               ☐ Office of Federal Public Defender should not be appointed
                                              due to conflict of interest
                                           ☐ CJA attorney _____ should not be appointed
                                              due to conflict of interest

U.S. Attorney Information:

AUSA:__Kimberly Riley Pedersen___ Telephone No: __(703) 299-3700___ Bar #__USAO___

Complainant Agency, Address & Phone Number or Person & Title, if any:

Special Agent David M. DeFilippis - Federal Bureau of Investigation _____

U.S.C. Citations:

Total # of Counts: ____1____

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |

Date: 1/24/12 _____        Signature of AUSA  K. Pedersen

JS 45 (11/2002)

Criminal Case Cover Sheet                                                    U.S. District Court

---

**Place of Offense:**                    **Related Case Information:**

City_____                 Superseding Indictment _____ Docket Number/Judge_1:12CR_____

County/Parish__Fairfax_____      Same Defendant _____ New Defendant _____X_____
                                      Magistrate Judge Case Number_____
                                      Search Warrant Case Number _____
                                      R 20/R 40 from District of _____

**Defendant Information:**

Juvenile -- Yes _____ No __X__ If Yes, Matter to be sealed: __X__ Yes _____ No FBI # _____

Defendant Name:__KIANA CHERRIE MCKELVIN_____      Alias Name(s) _a/k/a "Vicky"_____

Address: _____Arlington, VA_____

Employment: _____

Birthdate__████1980_ SS#__████0575_ Sex__F__ Race__W__ Nationality___U.S_____

Place of Birth_____ Height_____ Weight_____ Hair__Blk____ Eyes__Brn___ Scars/Tattoos _____

Interpreter: ☒ No ☐ Yes  List language and/or dialect: _____ Automobile Description _____ ____

**Location Status:**
Arrest Date _____

☐ Already in Federal Custody as of _____ in_____.

☐ Already in State Custody        ☐ On Pretrial Release        ☒ Not in Custody

☒ Arrest Warrant Requested        ☐ Fugitive                   ☐ Summons Requested

☐ Bond _____              ☐Detention Sought

**Defense Counsel Information:**

Name:_____        ☐ Court Appointed
Address:_____       ☐ Retained
Telephone: _____       ☐ Public Defender
                                      ☐ Office of Federal Public Defender should not be appointed
                                      due to conflict of interest
                                      ☐ CJA attorney _____ should not be appointed
                                      due to conflict of interest

**U.S. Attorney Information:**

AUSA:_Kimberly Riley Pedersen__ Telephone No: _(703) 299-3700___ Bar #_USAO___

**Complaint Agency, Address & Phone Number or Person & Title, if any:**

Special Agent David M. DeFilippis - Federal Bureau of Investigation _____

**U.S.C. Citations:**

Total # of Counts: ___1___

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |

Date: _1/24/12_          Signature of AUSA _K Pedersen_