AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

JAN 2 6 2012

| United States of America | ) |
|---|---|
| v. | ) |
| KIANA CHERRIE McKELVIN | ) Case No. 1:12-CR-038 |
| (a/k/a Vicky) | ) |
| | ) **FILED UNDERSEAL** |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   KIANA CHERRIE McKELVIN, a/k/a Vicky                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to travel/use interstate facilities in aid of racketeering enterprises in violation of 18 U.S.C. §§ 952(a)(1), 1952(a)(3), 371.

Date:   01/25/2012

*Issuing officer's signature*

City and state:   Alexandria, VA

Teresha Creatham, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/25/2012, and the person was arrested on *(date)* 01/26/2012
at *(city and state)* ARLINGTON, VIRGINIA.

Date: 1/26/2012

*Arresting officer's signature*

SHIRLEY M. O'DONNELL SPECIAL AGENT
*Printed name and title*   FBI