TYPE OF HEARING **R5**
CASE NO# **12-38 CR**
MAGISTRATE JUDGE: Anderson
DATE: **1-26-12**
TIME: **2:00**
Tape: FTR RECORDER
DEPUTY CLERK: N. BLACKMON

**EASTERN DISTRICT OF VIRGINIA**

**UNITED STATES OF AMERICA**

vs.

appt atty **Alafaka Opuyo**
appt atty **Kiana McKelvin**
appt atty **Otasowie Asuen**

GOVT. ATTY **K. Pedersen**

DEFT'S ATTY. _____

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (X)
COURT TO APPOINT COUNSEL (X)

appt atty as to each deft.

USA seeks detention as to each deft
Each deft is remanded to USMS

PROBABLE CAUSE: FOUND ( ) / NOT FOUND ( )
BOND _____

Jwotye Buchanan  dh

NEXT COURT APPEARANCE **1-30-12**  TIME **2:00 p.m.**
RECORDER                                   RECORDER
INDEX#       SPEAKER        INDEX #      SPEAKER

10