JAN 2 6 2012

# United States District Court

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.

Kiana McKelvin
*Defendant*

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 12-38 CR

Upon motion of the __United States Attorney__, it is ORDERED that a detention hearing is set for __1-30-12__ * at __2:00 p.m.__
                                                    *Date*                              *Time*

before The Honorable ~~John F. Anderson~~ Theresa Carroll Buchanan, United States Magistrate Judge
*Name of Judicial Officer*

__United States District Court, 401 Courthouse Square, Alexandria, Virginia 22314__
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
*Other Custodial Official*

Date: __1/26/2012__

/s/
John F. Anderson
United States Magistrate Judge

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.