UNITED STATES DISTRICT COUR
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARRROLL BUCHANAN

UNITED STATES OF AMERICA           HEARING: __DH__           CASE #: __1:12CR38__

-VS-                               DATE: __1-30-12__         TIME: __2:00 p.m.__

__Kiana Cherrie McKelvin__         TYPE: FTR RECORDER        DEPUTY CLERK: G. WALKER

COUNSEL FOR THE UNITED STATES: __K. Pedersen__

COUNSEL FOR THE DEFENDANT: __D. Tassi__

INTERPRETER: _____     LANGUAGE: _____

(X) DEFENDANT APPEARED:   (X) WITH COUNSEL        ( ) WITHOUT COUNSEL

( ) DEFENDANT FAILED TO APPEAR                    ( ) WARRANT TO BE ISSUED

( ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

( ) COURT TO APPOINT COUNSEL _____     ( ) DFT. TO RETAIN COUNSEL

( ) GVT. CALL WITNESS & ADDUCES EVIDENCE

( ) EXHBIT # _____ ADMITTED

( ) PROBABLE CAUSE: FOUND ( ) / NOT FOUND ( )

( ) PRELIMINARY HEARING WAIVED

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) DEFT. ADMITS VIOLATION ( ) DFT. DENIES VIOLATION ( ) COURT FINDS DFT. IN VIOLATION

MINUTES: __Court sets Conditions of Release.__

---

CONDITIONS OF RELEASE:
($      ) UNSECURED ($       ) SECURED (X) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING ( ) MENTAL HEALTH
TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM (X) PASSPORT (X) AVOID CONTACT
(X) ALCOHOL & DRUG USE (X) EMPLOYMENT

( ) RELEASE ORDER GIVEN TO USMS
(X) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS __until order signed.__
( ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION/SUPERVISEDRELEASE

NEXT COURT APPEARANCE: _____ at _____ Before _____
( ) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) R5