Date: 2/17/12  Judge: Brinkema  Reporter: Thomson
Time: 9:04 To 9:22  Interpreter: ___
  Language: ___

UNITED STATES of AMERICA
Vs.
K. Akuiyibo, O. Asuen, A. Opuiyo
N. Tabatabai, J. Churchill
K. McKelvin
**Defendant's Name**

P. Woodward, N. Ginsberg, R. Hiss
K. Flowers, J. Simms, D. Tassi
**Counsel for Defendant**

Prob. Email: ___
Jury Email: ___

1:12cr38
**Case Number**

Kimberly Pedersen
**Counsel for Government**

**Matter called for:**
( ) Motions  ( ) Setting Trial Date  ( ) Change of Plea Hrg.  ( ) Rule 35
(X) Arraignment  ( ) Appeal from USMC  ( ) Sentencing  ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.  ( ) Pre-Indictment Plea  ( ) Other: ___

Defendant appeared: (X) in person  ( ) failed to Appear
  (X) with Counsel  ( ) without counsel  ( ) through counsel
Filed in open court:
( ) Criminal Information  ( ) Plea Agreement  ( ) Statement of Facts  ( ) Waiver of Indictment  ( ) Discovery Order

**Arraignment/Plea/Plea & Sentencing:**
(X) WFA  ( ) FA  ( ) PG  (X) PNG  Trial by Jury: ( ) Demanded  ( ) Waived
30 Days to file Motions with Argument on 6/06/12 at 10:00am
Defendant entered Plea of Guilty as to Count(s) ___ ( ) Criminal Information ( ) Indictment
Court accepts plea ( ) Yes ( ) No -----Guilty as to Count(s) ___
Motion for Dismissal of Count(s) ___ ( ) by U.S. ( ) by Deft.
( ) Order entered in open court ( ) Order to follow
Defendant directed to USPO for PSI: ( ) Yes ( ) No **** Defendant directed to cooperate with USPO for PSI ( )
Case continued to 6/18/12 at 10:00 for: (X) Jury Trial ( ) Bench Trial ( ) Sentencing ( ) Status

**Rule 35:**
US' Rule 35 motion for reduction of sentence ( ) Granted ( ) Denied;
Sentence of ___ months heretofore imposed is reduced to a term of ___.

**Probation/Supervised Release Hrg:**
Defendant ( ) Admits ( ) Denies violation of the conditions of probation/supervised release;
Court: ( ) finds ( ) does not find defendant in violation of conditions of probation/supervised release.
Dft committed to custody of the US Atty General to serve a term of: ___ Months; ( ) Supervised Release terminated

Court finds - complex case; speedy trial waived, waivers fld in open court

Bond Set at: $___ ( ) Unsecured ( ) Surety ( ) Personal Recognizance
( ) Release Order Entered ( ) Deft. Remanded ( ) Deft. Released on Bond ( ) Deft. Continued on Bond

Defendant is: ( ) In Custody ( ) Summons Issued ( ) On Bond ( ) Warrant Issued ( ) 1st appearance

Akuiyibo - remanded   Churchill - bond cont'd
Asuen - remanded   McKelvin - bond cont'd
Opuiyo - bond cont'd   Ayodeke - bond cont'd
Tabatabai - bond cont'd

8/10