## IN THE UNITED STATE DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:12-cr-0038** |
| | ) | |
| **KURAYE TAMUNOIBI AKUIYIBO,** | ) | |
| **OTASOWIE CHRISTOPHER ASUEN,** | ) | **The Honorable Leonie M. Brinkema** |
| **ALAFAKA PATIENCE OPUIYO,** | ) | |
| **NASSIM TABATABAI,** | ) | |
| **JENNIFER CHURCHILL, and** | ) | **Trial Date: June 18, 2012** |
| **KIANA McKELVIN,** | ) | **Motions Hearing: June 6, 2012** |
| | ) | |
| **Defendants.** | ) | |

## JOINT CONSENT MOTION TO EXTEND FILING
## DEADLINE FOR PRETRIAL MOTIONS

COME NOW the defendants, by and through counsel, and respectfully move this Honorable Court to extend the deadline for the filing of pretrial motions from March 19, 2012, to April 2, 2012. The government has indicated to undersigned counsel that they do not oppose the defendants' request. In support of their motion, defendants offer the following:

1. The defendants were charged in a ten-count indictment on January 25, 2012.

2. The defendants were arraigned on the instant indictment on February 17, 2012, at which time the Court ordered pretrial motions to be filed within thirty (30) days of the arraignment date. As currently ordered, defendants' pretrial motions are due by March 19, 2012.

3. The charges in the indictment cover a time period beginning in June 2009 and continuing through the indictment date. The parties expect there to be a substantial amount of discovery produced in this case including, but not limited to, the following:

    a.  Consensual recordings of conversations between some or all of the defendants and government cooperators;

    b.  Title III wiretaps that were obtained for two (2) separate cellular telephone numbers that captured approximately sixty (60) days of wire and electronic communications. A separate Title III wiretap that was obtained for a third cellular telephone number and captured approximately thirty (30) days of electronic communications;

    c.  Electronic data recovered from cellular phones, computers and other electronic devices;

    d.  Financial records obtained via subpoena from various financial institutions;

    e.  Physical items recovered from searches carried out at various residences and/or offices.

4.  Counsel for the government is working diligently to gather and distribute relevant discovery to counsel for the defendants but as of this filing, very limited discovery has been provided.

5.  Undersigned counsel expect discovery to be provided in the coming days and believe that, provided the discovery is delivered in that time period, that a two-week extension will provided sufficient time for the filing of pretrial motions.

6.  Although it is the belief and expectation of undersigned counsel that a two-week extension will be sufficient in order to adequately prepare and file pretrial motions, in the event discovery is delayed or certain issues arise from the discovery that may make another extension necessary, undersigned counsel may request leave from the Court to

extend the filing date of only those motions impacted by the delay or discovery related issues.

7. Undersigned counsel submit that because this matter is not set for trial until June 18, 2012, and because the motions hearing in this case is set for June 6, 2012, any extension of the motions filing date will not affect the ability for responses and replies to be filed well in advance of the hearing date.

WHERFORE based on the foregoing reasons and any others that may appear to the Court, defendants respectfully request that this Honorable Court grant their request and extend the deadline for filing pretrial motions in this matter until April 2, 2012.

Respectfully submitted,

KURAYE AKUIYIBO,
OTASOWIE ASUEN,
ALAFAKA OPUIYO,
NASSIM TABATABAI,
JENNIFER CHURCHILL, and
KIANA McKELVIN
By Counsel

BY: _____/s/_____
Stuart Alexander Sears
ZWERLING, MOSELEY & SEARS, P.C.
114 N. Alfred Street
Alexandria, Virginia 22314
Ph: 703-684-8000
Fax: 703-684-9700
Stuart@zwerling.com

**COUNSEL FOR KURAYE AKUIYIBO**

BY: _____/s/_____

Nina J. Ginsberg
DIMURO GINSBERG, P.C.
1101 King Street
Suite 610
Alexandria, VA 22314-2956
(703) 684-4333
Fax: 703-548-3181
nginsberg@dimuro.com

**COUNSEL FOR OTASOWIE ASUEN**


BY: _____/s/_____

Ronald L. Hiss
2020 N Fourteenth St
Suite 510
Arlington, VA 22201
(703) 524-4477
RonHiss@aol.com

**COUNSEL FOR ALAFAKE OPUIYO**

BY: _____/s/_____

Christopher Bowmar Mead
LONDON & MEAD
1225 19th Street, N.W.
17th Floor
Washington, DC 20036
(202) 331-3334
cmead@londonandmead.com

_____/s/_____

Lance Alan Robinson
LONDON & MEAD
1225 19th Street NW
Suite 320
Washington, DC 20036
202-331-3334
Fax: 202-785-4280
lrobinson@londonandmead.com

_____/s/_____

Kobie Flowers
*Admitted Pro Hac Vice*
FLOWERS LAW FIRM, PLLC
1750 K Street, NW
Suite 200
Washington, DC 20006
Ph: 202-742-5969
Fax: 202-742-5948
Kflowers@flowerslaw.com

**COUNSEL FOR NASSIM TABATABAI**

BY:      /s/
         Kerri Lynn Ruttenberg
         JONES DAY
         51 Louisiana Ave NW
         Washington, DC 20001
         202-879-5419
         Fax: 202-626-1700
         kruttenberg@jonesday.com

         **COUNSEL FOR JENNIFER CHURCHILL**


BY:      /s/
         Denise Jakabcin Tassi
         221 S Fayette St
         Alexandria, VA 22314
         Ph: 703-836-9080
         DJTassi@verizon.net

         **COUNSEL FOR KIANA McKELVIN**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 14th day of March, 2012, I electronically filed a true copy of the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all parties.

                                                /s/
                                    Stuart Alexander Sears
                                    ZWERLING, MOSELEY & SEARS, P.C.
                                    114 N. Alfred Street
                                    Alexandria, Virginia 22314
                                    Ph: 703-684-8000
                                    Fax: 703-684-9700
                                    Stuart@zwerling.com