# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Case No. 1:12-CR-00038 |
| **KURAYE TAMUNOIBI AKUIYIBO, OTASOWIE CHRISTOPHER ASUEN, ALAFAKA PATIENCE OPUIYO, NASSIM TABATABAI, JENNIFER CHURCHILL, AND KIANA McKELVIN,** | The Honorable Leonie M. Brinkema |
| | Trial Date: June 18, 2012 |
| Defendants. | Motions Hearing: June 6, 2012 |

## NOTICE OF WAIVER OF HEARING

Defendants Kuraye Tamunoibi Akuiyibo, Otasowie Christopher Asuen, Nassim Tabatabai, Jennifer Churchill and Kiana McKelvin hereby waive a hearing on their Joint Unopposed Motion and Incorporated Memorandum of Law to File Discovery-Related Motions 30 Days After the Production of Additional Discovery (Docket No. 95).

Dated: April 2, 2012                              Respectfully submitted,

                                                  Kuraye Tamunoibi Akuiyibo,
                                                  Otasowie Christopher Asuen,
                                                  Nassim Tabatabai,
                                                  Jennifer Churchill, and
                                                  Kiana McKelvin,
                                                  By counsel

BY:     /s/
Kerri L. Ruttenberg, Va. Bar No. 70274
Christopher J. Smith, Va. Bar No. 75445
JONES DAY
51 Louisiana Avenue, NW
Washington, DC  20001
(202) 879-3939 (Telephone)
(202) 626-1700 (Fax)
kruttenberg@jonesday.com
cjsmith@jonesday.com

**Counsel for Jennifer Churchill**

BY:     /s/
Stuart Alexander Sears
ZWERLING, MOSELEY & SEARS, P.C.
114 N. Alfred Street
Alexandria, Virginia 22314
Ph:  703-684-8000
Fax: 703-684-9700
Stuart@zwerling.com

**Counsel for Kuraye Akuiyibo**

BY:     /s/
Christopher Bowmar Mead
LONDON & MEAD
1225 19th Street, N.W.
17th Floor
Washington, DC  20036
(202) 331-3334
cmead@londonandmead.com

/s/
Lance Alan Robinson
LONDON & MEAD
1225 19th Street, N.W.
Suite 320
Washington, DC  20036
(202) 331-3334
Fax:  (202) 785-4280
lrobinson@londonandmead.com

/s/
Kobie Flowers, *Admitted Pro Hac Vice*
FLOWERS LAW FIRM, PLLC
1750 K Street, N.W.
Suite 200
Washington, DC 20006
Phone: (202) 742-5969
Fax: (202) 742-5948
Kflowers@flowerslaw.com

**Counsel for Nassim Tabatabai**


BY: /s/
Nina J. Ginsberg
DIMURO GINSBERG, P.C.
1101 King Street
Suite 610
Alexandria, VA 22314-2956
(703) 684-3181
Fax: (703) 548-3181
nginsberg@dimuro.com

**Counsel for Otasowie Asuen**


BY: /s/
Denise Jakabcin Tassi
221 S Fayette St.
Alexandria, VA 22314
Phone: (703) 836-9080
DJTassi@verizon.net

**Counsel for Kiana McKelvin**

3

## **CERTIFICATE OF SERVICE**

  I hereby certify that this 2nd day of April, 2012, I electronically filed a true and accurate copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to all parties.

                /s/
              Kerri L. Ruttenberg, Va. Bar No. 70274
              Attorney for Defendant Jennifer Churchill
              JONES DAY
              51 Louisiana Avenue, NW
              Washington, DC  20001
              (202) 879-3939 (Telephone)
              (202) 626-1700 (Fax)
              kruttenberg@jonesday.com