UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff                           )<br>v.                                      )<br>                                        )<br>KIANA MCKELVIN            )<br>    Defendant.                    ) | Case No.:   1:12 CR038 |

## ORDER OF SUBSTITUTION

Would the Clerk of Court kindly take notice that Attorney John A. Boneta & Associates will be representing Kiana McKelvin, in place of Tassy Denise for the Defendant in action.

WE ASK FOR THIS:

_____
John A. Boneta & Associates
258 N. Washington Street
Falls Church, Virginia 22046
Telephone: (703) 536-6166
Facsimile: (703) 536-3296
Substitute Counsel for Defendant

_____
Tassy Denise
401 Wythe Street
Alexandria, VA 22314

JUDGE

_____    4/26/12
Kiana McKelvin                Date
Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was delivered via e-mail to Assistant United States Attorney, Kimberly Riley Pedersen, this 1st day of May, 2012, Kimberly.Riley.Pedersen@usdoj.gov.

_____
John A. Boneta & Associates, PLLC

Page 1 of 1