Date: 5/8/12   Judge: Brinkema   Reporter: Thomson
Time: 10:02 To 10:42    Interpreter: _____
                         Language: _____

**UNITED STATES of AMERICA**
Vs.

Prob/Pretrial Ofc present: ___
Prob. Email: ___
Jury Email: ___

Kiana Cherie McKelvin   1:12cr38 (6)
Defendant's Name         Case Number

John Boneta              Kim Pedersen / Patricia Haynes
Counsel for Defendant    Counsel for Government

**Matter called for:**
( ) Motions         ( ) Setting Trial Date   (✓) Change of Plea Hrg.   ( ) Rule 35
( ) Arraignment     ( ) Appeal from USMC     ( ) Sentencing            ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.        ( ) Pre-Indictment Plea   ( ) Other: _____

Defendant appeared: (✓) in person   ( ) failed to Appear
                    (✓) with Counsel ( ) without counsel   ( ) through counsel

**Arraignment:**
( ) WFA  ( ) FA  (✓) PG  ( ) PNG   Trial by Jury: ( ) Demanded  ( ) Waived
_____ Days to file Motions with Argument on _____ at _____
Case continued to _____ at _____ for: ( ) Jury Trial ( ) Bench Trial ( ) Sentencing ( ) Status

**Plea/Plea & Sentencing:**
Filed in open court:
( ) Criminal Information (✓) Plea Agreement (✓) Statement of Facts ( ) Waiver of Indictment ( ) Discovery Order
Defendant entered Plea of Guilty as to Count(s) __2__ ( ) Criminal Information (✓) Indictment
Court accepts plea (✓) Yes ( ) No -----Guilty as to Count(s) __2__
Motion for Dismissal of Count(s)_____ ( ) by U.S. ( ) by Deft. is GRANTED.
( ) Order entered in open court ( ) Order to follow
Defendant directed to USPO for PSI: (✓) Yes ( ) No **** Defendant directed to cooperate with USPO for PSI (✓)
Case continued to 7/27/12 at 9:00 for: ( ) Jury Trial ( ) Bench Trial (✓) Sentencing ( ) Status
Dft committed to custody of the US Atty General to serve a term of : _____ Months; _____ Years-Supervised Release

**Rule 35:**
US' Rule 35 motion for reduction of sentence ( ) Granted ( ) Denied;
Sentence of _____ months heretofore imposed is reduced to a term of _____.

**Probation/Supervised Release Hrg:**
Defendant ( ) Admits ( ) Denies violation of the conditions of probation/supervised release;
Court: ( ) finds ( ) does not find defendant in violation of conditions of probation/supervised release.
Dft committed to custody of the US Atty General to serve a term of : _____ Months; ( ) Supervised Release terminated

Bond Set at: $_____ ( ) Unsecured ( ) Surety ( ) Personal Recognizance
( ) Release Order Entered ( ) Deft. Remanded ( ) Deft. Released on Bond (X) Deft. Continued on Bond

Defendant is: ( ) In Custody ( ) Summons Issued (X) On Bond ( ) Warrant Issued ( ) 1st appearance

added conditions:
1) reappear on 7/27/12
2) cooperate fully w/ prob

4/12