IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 1:12cr38 (LMB) |
| | ) |
| JENNIFER CHURCHILL, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Because the defendant is scheduled to appear before the undersigned judge for a change of plea hearing on **Friday, June 15, 2012 at 2:00 p.m.**, for the reasons stated in the Order of June 11, 2012, which granted defendant's unopposed Motion for Travel Expenses Pursuant to 18 U.S.C. § 4285 [Dkt. No. 172], it is hereby

ORDERED that the United States Marshals Service is directed to arrange for non-custodial transportation for defendant from California to Alexandria on Thursday evening June 14, 2012, and it is further

ORDERED that the Marshals Service will reimburse defendant, according to the governing local _per diem_ rates, for her hotel and meals.

The Clerk is directed to forward a copy of this Order to counsel of record and the United States Marshals Service.

Entered this 14th day of June, 2012.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge