IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 1:12cr38 (LMB) |
| | ) |
| KIANA CHERRIE McKELVIN, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Because of scheduling conflicts, the sentencing hearing scheduled for Friday, July 27, 2012 must be rescheduled. Accordingly, it is hereby

ORDERED that the sentencing hearing be and is reset for **Friday, August 3, 2012 at 9:00 a.m.**

The Clerk is directed to reset the deadlines for the hearing and forward copies of this Order to counsel of record and United States Probation Officer Joanne Lauder.

Entered this 20th day of July, 2012.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge