Dear Judge Brinkema,

I am sorry to bother you but I am having trouble finding someone to take off of work to be able to drive me to Alderson on Tuesday the 2nd. I have researched Amtrak tickets, no dates are available Monday or Tuesday. The soonest is Wednesday at 11am putting me in Alderson at 5:33 pm. I would then take a cab to Alderson so I assume I can be there by 6pm Wednesday the 3rd.

Thank you for your consideration.

Kiana
M Kehoe

Case # 12CR38

571 385-5008

FILED
2012 SEP 26 P 3: 58
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA