IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | 1:12-cr-38-LMB-6 |
| ) | |
| KIANA CHERRIE MCKELVIN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

Because it refers to matters normally kept under seal, it is hereby

ORDERED that the letter received on December 27, 2012 be filed under seal until further order of the Court, and it is further

ORDERED that a copy of the letter be sent to counsel of record who are required to file a response to the letter by Friday, January 4, 2013.

The Clerk is directed to forward a copy of this Order to the author of the letter and to counsel of record.

Entered this 27th day of December, 2012.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge