IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO.  1:12CR038 |
| ) | |
| KIANA CHERRIE MCKELVIN ) | Judge Brinkema |
| ) | |

MEMORANDUM IN SUPPORT OF GOVERNMENT'S
MOTION FOR SENTENCE REDUCTION

The United States of America, by and through its attorneys, Neil H. MacBride, United States Attorney for the Eastern District of Virginia, and Kimberly Riley Pedersen, Assistant United States Attorney, submits this memorandum in support of its motion, pursuant to Rule 35 of the Federal Rules of Criminal Procedure, to reduce the defendant's sentence and further describes the basis for its motion as follows:

1.  Procedural History

The defendant was indicted on January 25, 2012, in a multi-count indictment charging her and numerous others with various racketeering offenses relating to the operation of an internet prostitution business.  On May 8, 2012, the defendant pleaded guilty to one count of Travel Act Conspiracy (18 USC § 1952) - Interstate Travel in Aid of Racketeering (ITAR) (count 2 of the indictment).

The defendant was sentenced on July 27, 2012, 2012.  The defendant's sentencing guidelines range was 21 to 27 months and she received a minor role reduction.  The Court imposed a variance sentence based on the fact that the defendant had no prior criminal convictions, her age and

background, her cooperation with the government, her role in the offense, among other reasons. The Court imposed a sentence of six (6) months with 2 years of supervised release.

The defendant, who was not in custody, was allowed to self-surrender to the Bureau of Prisons to begin serving her sentence no earlier than October 1, 2012. The defendant is currently incarcerated at Alderson FPC. According to the Bureau of Prisons website, the defendant's release date is March 27, 2013.

    2.    <u>Description of Case/Defendant's Role in Offense</u>

This case was an Organized Crime investigation by the FBI and the Montgomery County, Maryland Police Department into a number of D.C.-based internet escort agencies who operated prostitution businesses in the Eastern District of Virginia and elsewhere. The defendant answered an online ad, emailed her photo and met Kuraye Akuiyibo, the owner/operator of Classy DC Escorts, for an interview. The defendant posed for photographs which were posted on the Classy website as an advertisement for sexual services. The defendant knew and understood that she was to engage in sexual services for money. According to the defendant, she defendant worked for approximately three (3) weeks as a Classy prostitute and was later recruited by Classy's owner to answer their phones and schedule appointments. The defendant worked as Classy's scheduler primarily when the main scheduler, Alafaka Opuiyo, was unavailable.

    3.    <u>The Defendant's Cooperation with the Government</u>

As part of her cooperation, the defendant explained during a debriefing that she answered an online ad seeking women willing to spend time with "gentlemen." She emailed her response, along with her photo, and soon met "Gerald" (a/k/a Akuiyibo) for an interview at the Whole Foods in Tysons Corner, Virginia. At the interview, the defendant confirmed she understood the fee structure

(60/40) and was asked if she would be willing to do sexual activity with men. After scheduling a photo shoot for her, Akuiyibo directed the defendant to meet him at a hotel in Washington, D.C., where she claimed he forced her to perform oral sex with him so that he could know how she would perform for his agency.

Akuiyibo directed the defendant to a hotel in Tysons Corner and advised her to wait for a call from "Amy" (Alafaka Opuiyo). The defendant claimed that she did not like working as a prostitute but that Akuiyibo used both threats of violence and flattery to get her to agree to continue working for him.

The defendant explained that after she was let go from Classy, Akuiyibo called her back and asked if she would work for him by answering the phones as Opuiyo had left the agency. The defendant agreed and subsequently screened incoming client calls for dates and scheduled appointments for the prostitutes. The defendant positively identified the Classy women for whom she scheduled "dates." At the end of the evening, Akuiyibo would contact her and she would advise him at which hotels they were staying so that Akuiyibo could direct his money collector to the hotels to pick up Classy's 40% share of the prostitution proceeds. Sometimes, the defendant would speak directly to the money collector to direct him to the proper hotels.

4. <u>Other Eligible Cooperators</u>

This is the first defendant to be considered for a Rule 35 because of the shortness of her sentence and the fact that no further cooperation is expected from this defendant. There are others who are likely to be considered in the future.

5.  <u>Recommendation</u>

The government recommends that the court reduce the defendant's sentence on count 2. Based on the nature and quality of the defendant's cooperation, the government recommends that the Court reduce the defendant's sentence by 10%.

                                   Respectfully submitted,

                                   Neil H. MacBride
                                   United States Attorney

By:   /s/
       Kimberly Riley Pedersen
       Assistant U.S. Attorney
       VSB 39004
       Attorney for the United States
       United States Attorney's Office
       2100 Jamieson Avenue
       Alexandria, Virginia 22314
       Tel: 703-299-3700
       Fax: 703-837-8242
       kimberly.riley.pedersen@usdoj.gov

Certificate of Service

      I hereby certify that on the 4<u>th</u> day of January, 2013, I filed the foregoing Motion for Sentence Reduction and Memorandum in Support of Motion with the clerk of the court via ECF which caused a copy to be sent to all parties, including counsel of record, John Bonetta.

      By:    /s/_____
                Kimberly Riley Pedersen
                Assistant U.S. Attorney
                VSB 39004
                Attorney for the United States
                United States Attorney's Office
                2100 Jamieson Avenue
                Alexandria, Virginia 22314
                Tel: 703-299-3700
                Fax: 703-837-8242
                kimberly.riley.pedersen@usdoj.gov