**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 1:12-CR-038 |
| | : | |
| **NASSIM TABATABAI,** | : | (Judge Brinkema) |
| | : | |
| **Defendant** | : | |

**MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE**

COMES NOW defendant Nassim Tabatabai, by counsel, and requests that the Court grant this motion for early termination of supervised release. Under 18 U.S.C. §3583(e)(1), the Court is authorized to terminate a term of supervised release if it is satisfied that such action is warranted by the conduct of the defendant and the interests of justice. In support of her motion, Dr. Tabatabai states as follows:

1. On May 15, 2012, defendant pled guilty to one felony count of structuring to evade reporting in violation of 31 U.S.C. §5324(a)(3). She was subsequently sentenced on August 17, 2012 to thirty days of imprisonment, two years of supervised release, a $100 assessment, and $1,000 fine.

2. Of the eight special conditions of supervision delineated in her judgment, the following four have been met: (a) home confinement with electronic monitoring

1

for the first five months; (b) participation in a mental health treatment program approved by the probation office; (c) participation in a financial counseling program approved by the probation office; and (d) payment of her fine in the amount of $1,000 and special assessment in the amount of $100. In addition to these required conditions, she has also paid in full a $30,000 money judgment.

3. The remaining three special conditions are ongoing: (a) not incurring new credit card or line of credit debt or engaging in any financial transactions in excess of $500 without prior USPO approval; (b) providing access to any requested financial information; (c) notifying all employers of her conviction; and (d) remaining drug free and available for drug testing at any time (although mandatory testing was waived).

4. Dr. Tabatabai has complied with everything asked of her. She has an excellent record, and there have been no violations and no problems whatsoever with supervision.

5. As has been related to her probation officer, Ms. Calderon, Dr. Tabatabai is ready to move on with her career and her life. She would like very much to move to London, England, where she lived as a child. She loves the city and has a number of family members living there with whom she can reside. She has been actively searching the job market in London, and may have the opportunity to start a new business there to continue as a medical director and physician. She will unfortunately

not be able to pursue that possibility due to the reporting and financial restrictions imposed by her supervised release. She makes this request of the Court at this time because the lease on her apartment is up in November, and she will need to make a decision quickly based on whether she will remain in New York.

6. Dr. Tabatabai informed Ms. Calderon and counsel that she has been seeing her therapist, Dr. Turcot, on a weekly basis, and wishes to continue therapy after her supervised release has ended. The past year has offered her the chance to reflect and address the issues which placed her in such a horrible place in her life, including her relationship with her ex-boyfriend, who is the lead defendant in this case. She is grateful for the therapy, as it has been a great resource for support, healing and growth.

7. Finally, her ex-boyfriend is due for release in less than 18 months and could possibly be released as early as May of 2014. While she is now in what she calls a "very good place mentally," she is concerned about his ability to easily find her, as she wishes to have no contact whatsoever with him in the future. Indeed, he continues to be an unwelcome presence in her life; she has just recently been forced to file for bankruptcy in New York due to her inability to pay the debt that he amassed on her credit accounts. Should the Court grant her motion to be released from supervision, she will have ample time to finalize her employment and living

arrangements, and hopefully relocate to a new life in London, England prior to his release from custody.

8. As of the filing of this motion, Dr. Tabatabai has successfully completed approximately one full year of her supervised release, which is scheduled to end around October 16, 2014.

For the foregoing reasons, Dr. Tabatabai respectfully asserts that early termination of her supervised release is warranted, and the ends of justice would best be served by the Court's granting of this motion.

A draft order is attached for the Court's consideration.

                                                  Respectfully submitted,

                                                  */s/ David B. Smith*
                                                  David B. Smith, VA Bar No. 25930
                                                  Smith & Zimmerman, PLLC
                                                  108 North Alfred Street
                                                  Alexandria, Virginia 22314
                                                  (703) 548-8911 / Fax (703) 548-8935
                                                  dsmith@smithzimmerman.com
                                                  *Counsel for Nassim Tabatabai*

**Certificate of Service**

I hereby certify that on the 15th day of October, 2013, I electronically filed the foregoing pleading with attachment with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

> AUSA Kimberly Riley Pedersen
> Office of the United States Attorney
> 2100 Jamieson Avenue
> Alexandria, Virginia 22314
> Kimberly.Riley.Pedersen@usdoj.gov

And I hereby certify that I have served the document by email to the following non-CM/ECF participant(s), addressed as follows:

> USPO Jovanna Calderon
> United States Probation Office
> Southern District of New York
> 212-805-0071
> jovanna_calderon@nysp.uscourts.gov

> /s/ David B. Smith
> David B. Smith, VA Bar No. 25930
> Smith & Zimmerman, PLLC
> 108 North Alfred Street
> Alexandria, Virginia 22314
> (703) 548-8911 / Fax (703) 548-8935
> dsmith@smithzimmerman.com
> *Counsel for Nassim Tabatabai*